ACCEPTED
04-14-00181-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/2/2015 12:37:15 PM
KEITH HOTTLE
CLERK

## CAUSE NO.  04-14-00181-CR

| | | |
|---|---|---|
| **MICHAEL RIVAS** | § | **IN THE FOURTH COURT** |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/5/2015 9:01:00 AM
KEITH E. HOTTLE
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the 38th Judicial District Attorney, Appellee, in the above –entitled and -numbered cause, and moves this Court to grant an extension of time to file appellee's brief, pursuant to Rule 38.6 and 10.5 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 38th Judicial District Court of Medina County, Texas.

2.      The case below was styled the _State of Texas vs. Michael Rivas_, and numbered 12-04-10954-CR.

3.      The Appellant's brief was filed on December 1, 2014.

4.      The Appellee's brief is due on or about January 2, 2015.

5.      The State of Texas requests a ninety (90) day extension to file its brief.

6.      This is the state's first request for an extension to file its brief.

10.      The state needs additional time to properly prepare, research, and file its reply brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion To Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**DANIEL J. KINDRED**
**38TH JUDICIAL DISTRICT ATTORNEY**
**MEDINA COUNTY, TEXAS**
3102 Avenue G
Hondo, Texas 78861
Telephone: (830) 741-6188
Facsimile: (830) 741-6033


By: /s/ *Christina Busbee*
        **CHRISTINA BUSBEE**
        State Bar No. 00797819
        **ASSISTANT DISTRICT ATTORNEY**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **MOTION TO EXTEND TIME TO FILE APPELLEE'S REPLY BRIEF** was served on **MICHAEL C. GROSS, GROSS & ESPARZA, P.L.L.C.** at **106 SOUTH ST. MARY'S STREET, SUITE 260, SAN ANTONIO, TEXAS 78205**, via electronic mail address, **lawofcmg@gmail.com** on January 2, 2015.


/s/ *Christina Busbee*
CHRISTINA BUSBEE